No. 5644.—PUEBLO, apldo. *v.* IRIZARRY, aplte.—C. D. Ponce. ▰
▰ Mayo 3, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, el presente recurso de portar armas fué sometido al juez de distrito por la misma prueba presentada en el caso 5644 con-

tra este mismo acusado por el delito de asesinato en segundo grado, visto poco antes;

Por cuanto, en éste el apelante descansa exclusivamente en el mismo razonamiento aducido en el referido caso;

Por cuanto, la prueba tiende a demostrar que el acusado salió de su establecimiento portando un revólver en la mano;

Por tanto, se confirma la sentencia apelada que dictó la Corte de Distrito de Ponce en el caso de epígrafe con fecha 21 de noviembre, 1933.

## (B) Desestimaciones.

### (a) en general.